6 A.3d 439

WHIRLPOOL PROPERTIES, INC., PLAINTIFF–MOVANT,
v. DIRECTOR, DIVISION OF TAXATION,
DEFENDANT–RESPONDENT.

October 21, 2010.

ORDERED that the motion for leave to appeal is granted.